IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENDRICK COOK-BEY, #174 046, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:16-CV-307-WHA |
| ) | [WO] |
| CAMILLE LUCKIE, *et al*., ) | |
| ) | |
| Defendants. ) | |

## **OPINION and ORDER**

This case is before the court on a Recommendation of the United States Magistrate Judge entered on July 1, 2016. Doc. # 14.  There being no timely objection filed to the Recommendation, and after a review of the file, it is ORDERED that:

1. The Recommendation of the United States Magistrate Judge (Doc. # 14) is ADOPTED;

2. The Motion for Preliminary Injunction (Doc. # 12) is DENIED;

3. This case is referred to the United States Magistrate Judge for further proceedings.

Done, this 9th  day of August, 2016.

    /s/   W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE