IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KENDRICK COOK-BEY, #174 046, | ) | |
| A/K/A Kendrick Cook, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:16-CV-307-WHA |
| | ) | |
| CAMILLE LUCKIE, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On February 19, 2019, the Magistrate Judge filed a Recommendation (Doc. 44) to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Court adopts the Recommendation and the Motion for Preliminary Injunction (Doc. 43) is DENIED.

This case is referred to the Magistrate Judge for further proceedings.

Done, this 13th day of March 2019.

    /s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE