IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENDRICK COOK-BEY, #174 046, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:16-CV-307-WHA |
| | ) |
| CAMILLE LUCKIE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER ON MOTION

Upon review of the motion for protective order, it is

ORDERED that the motion (Doc. 43) is DENIED.

DONE on this 2nd day of May, 2019.

                                       /s/ Gray M Borden
                                  UNITED STATES MAGISTRATE JUDGE